# UNITED STATES DISTRICT COURT
### Western District of North Carolina

UNITED STATES OF AMERICA

v.

Kyree Cathey−Hines
*Defendant*

)
)
)
)
)
)
)
)

Case No: 3:23−cr−00008−MOC−UMJ

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: __ May 28, 2026 __

_____
*Defendant's Signature*

_____
*Signature of defendant's attorney (if any)*