AO 442 11/11 (Rev. 11/11) Arrest Warrant

FILED
Charlotte
5/28/2026
U.S. District Court
Western District of N.C.

RECEIVED
UNITED STATES MARSHAL
7:22 am, Oct 31 2025
WESTERN NORTH CAROLINA
CHARLOTTE

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

| | |
|---|---|
| United States of America<br>v. | )<br>)<br>)<br>)<br>) |
| Kyree Cathey-Hines<br>*Defendant* | )<br>) |

Case No. 0419 3:23CR00008- 001

# ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Kyree  Cathey-Hines ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:  See Petition for Warrant.

Signed: October 30, 2025

City and state:     Charlotte, NC

David C. Keesler
United States Magistrate Judge

| Return |
|---|
| This warrant was received on *(date)* 10·31·25 , and the person was arrested on *(date)* 5-28-26<br>at *(city and state)* Charlotte, NC .<br><br>Date: 5-28-26<br><br>*Arresting officer's signature*<br><br>MATTHEW Owens, Ausm<br>*Printed name and title* |